UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:25-cv-00296 |
|---|---|---|---|

| Jorge Garcia, et al. |
|---|
| *versus* |
| Maria L. Garcia, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew R. Burton<br>Moss & Barnett<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>T: (612) 877-5399; E: matthew.burton@lawmoss.com<br>#210018 MN |
|---|---|

| Name of party applicant seeks to appear for: | Brook-Hollow Capital, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/16/25 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: **In good standing** |
|---|
| Dated:   Clerk's signature |

**Order**　　This lawyer is admitted *pro hac vice*.

Dated: _____   _____
　　　　　　　　　　　　　　　　　United States District Judge