# EXHIBIT I

CAUSE NO. C-2917-16-B

| | | |
|---|---|---|
| JORGE GARCIA, Individually and on behalf of the Estate of ABRAHAM GARCIA, deceased, LUIS ROGELIO PUENTE MARTELL, Individually and on behalf of the Estate of LUIS ROGELIO PUENTE VILLELA, deceased, OLIVIA MIRIAM VILLELA ORTIZ, Individually, and DANIELLA BARAJAS Individually and on behalf of the Estate of AURELIANO BARAJAS, and ANTONIO BARAJAS, Individually<br>      Plaintiffs, | § § § § § § § § § § § § § | IN THE DISTRICT COURT |
| JEANETTA IZELA GARCIA FASSION, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF AURELIANO BARAJAS, DECEASED, AND AS NEXT FRIEND OF AURELIANO BARAJAS GARCIA, A MINOR, INDIVIDUALLY, AND ANDRES BARAJAS GARCIA, A MINOR, INDIVIDUALLY,<br>      Intervenors, | § § § § § § § § § § § § | OF HIDALGO COUNTY, TEXAS |
| v. | § § | |
| LYCOMING ENGINES, A DIVISION OF AVCO CORPORATION, AND AVCO CORPORATION; TEXTRON AVIATION, INC., CESSNA AIRCRAFT COMPANY; MCCREERY AVIATION COMPANY INC.; AVIATION MANUFACTURING COMPANY, INC. AND INTERSTATE SOUTHWEST LTD.<br>      Defendants. | § § § § § § § § § | 93ʳᴰ JUDICIAL DISTRICT |

**THE GARCIA LAW GROUP, PLLC AND MARIA L. GARCIA'S NONSUIT WITHOUT PREJDUICE AGAINST BROOK-HOLLOW FINANCIAL, LLC**

**TO THE HONORABLE JUDGE OF SAID COURT:**

The Garcia Law Group PLLC and Maria L. Garcia, hereby give written notice of their nonsuit on all claims against Brook-Hollow Financial, LLC without prejudice.

>Respectfully submitted,
>
>MARTINEZ REILLY, PLLC
>
>/s/ _Marion M. Reilly_
>Marion M. Reilly
>Texas Bar No.: 24079195
>Email: Marion@mrtrial.com
>Hon. John B. Martinez
>Texas State Bar No.: 24010212
>E-Mail: John@mrtrial.com
>Kyle A. Batson
>Texas State Bar No.: 24136732
>Email: Kyle@mrtrial.com
>Michael E. Richardson
>Texas State Bar No.: 24002838
>Email: Michael@mrtrial.com
>3636 South Alameda, Ste. B119
>Corpus Christi, Texas 78411
>Direct: (361) 273-6771
>Fax:    (361) 704-8355
>** Service Email**  Service@mrtrial.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record on this 11th day of June, 2025.

>/s/ _Marion M. Reilly_
>Marion M. Reilly