# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

JORGE GARCIA, Individually and on behalf of the Estate of ABRAHAM GARCIA, deceased; LUIS ROGELIO PUENTE MARTELL, Individually and on behalf of the Estate of LUIS ROGELIO PUENTE VILLELA, deceased; OLIVIA MIRIAM VILLELA ORTIZ, Individually; DANIELLA BARAJAS, Individually and on behalf of the Estate of AURELIANO BARJAS; and ANTONIA BARAJAS, Individually,

 *Plaintiffs*,

v.

JEANETTA IZELA GARCIA FASSION, Individually and as personal representative of the Estate of AURELIANO BARAJAS, deceased; and as next friend of AURELIANO BARAJAS GARCIA, a minor, individually; and ANDRES BARAJAS GARCIA, a minor, individually,

 *Intervenors,*

v.

LYCOMING ENGINES, a division of AVCO CORPORATION, and AVCO CORPORATION; TEXTRON AVIATION, INC.; CESSNA AIRCRAFT COMPANY; MCCREERY AVIATION COMPANY INC.; AVIATION MANUFACTURING COMPAN,Y INC.; AND INTERSTATE SOUTHWEST LTD.,

 *Defendants*,
and

WEBSTER VICKNAIR MACLEOD,

 *Interpleading Plaintiff*,

COURT FILE NO. 7:25-cv-00296

10391100v1

and

THE GARCIA LAW GROUP PLLC and
MARIA GARCIA,

>*Interpleading Defendants and Cross Plaintiffs*,

and

BROOK-HOLLOW CAPITAL, LLC and
BROOK-HOLLOW FINANCIAL, LLC,

>*Interpleading Defendants*.

## DECLARATION OF MATTHEW R. BURTON IN OPPOSITION OF MOTION TO REMAND AND MEMORANDUM IN OPPOSITION

Matthw R. Burton, declares under penalty of perjury, as follows:

1. I am over eighteen years of age, am not suffering from any mental disability, and am legally competent to make this declaration as an attorney for interpleading Defendant Brook-Hollow Capital, LLC ("**BHC**"). I made this

2. Attached hereto as the indicated Exhibits are the following:

A. A true and correct copy of Plaintiff Jason C. Webster, P.C. d/b/a Webster Vicnair MacLeod's ("Webster") Petition in Interpleader and Declaratory Judgment Action.

B. A true and correct copy of Garcia Law Group's ("GLG") General Denial filed on November 6, 2024.

C. A true and correct copy of GLG's Original Counterclaim and Crossclaim filed on November 6, 2024.

D. A true and correct copy of BHC's Complaint filed in United Stated District Court for the Southern District of Texas, Case No. 7:24-cv-00466 on November 8, 2024.

10391100v1

E.       A true and correct copy of Webster's First Amended Petition in Interpleader Request for Declaratory Judgment filed on December 6, 2024.

F.       A true and correct copy of GLG and Maria L. Garcia's ("Garcia") First Amended Counterclaim and Crossclaim filed on January 22, 2025.

G.       A true and correct copy of GLG and Garcia's Second Amended Counterclaim and Crossclaim filed on May 27, 2025.

H.       A true and correct copy of Brook-Hollow Financial, LLC's ("BHF") Notice of Removal filed on June 11, 2025.

I.       A true and correct copy of GLG and Garcia's Non-suit Without Prejudice Against BHF filed on June 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2025.

                                                                                 *s/Matthew R. Burton*
                                                                                  Matthew R. Burton