# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JORGE GARCIA, Individually and on behalf of the Estate of ABRAHAM GARCIA, deceased; LUIS ROGELIO PUENTE MARTELL, Individually and on behalf of the Estate of LUIS ROGELIO PUENTE VILLELA, deceased; OLIVIA MIRIAM VILLELA ORTIZ, Individually; DANIELLA BARAJAS, Individually and on behalf of the Estate of AURELIANO BARJAS; and ANTONIA BARAJAS, Individually, | No. 7:25-cv-00325 |

*Plaintiffs*,

v.

JEANETTA IZELA GARCIA FASSION, Individually and as personal representative of the Estate of AURELIANO BARAJAS, deceased; and as next friend of AURELIANO BARAJAS GARCIA, a minor, individually; and ANDRES BARAJAS GARCIA, a minor, individually,

**DECLARATION OF TATE JOHNSON IN OPPOSITION TO MOTION TO REMAND AND MEMORANDUM IN OPPOSITION**

*Intervenors,*

v.

LYCOMING ENGINES, a division of AVCO CORPORATION, and AVCO CORPORATION; TEXTRON AVIATION, INC.; CESSNA AIRCRAFT COMPANY; MCCREERY AVIATION COMPANY INC.; AVIATION MANUFACTURING COMPAN,Y INC.; AND INTERSTATE SOUTHWEST LTD.,

*Defendants*,
and

WEBSTER VICKNAIR MACLEOD,

*Interpleading Plaintiff*,

and

THE GARCIA LAW GROUP PLLC and
MARIA GARCIA,

    *Interpleading Defendants and Cross Plaintiffs*,

and

BROOK-HOLLOW CAPITAL, LLC and
BROOK-HOLLOW FINANCIAL, LLC,

    *Interpleading Defendants*.

## DECLARATION OF TATE JOHNSON IN OPPOSITION TO MOTION TO REMAND AND MEMORANDUM IN OPPOSITION

Tate Johnson, declares under penalty of perjury, as follows:

1. I am over eighteen years of age, am not suffering from any mental disability, and I am legally competent to make this declaration as President and Chief Operating Officer of Interpleading Defendant Brook-Hollow Capital, LLC ("**BHC**"). BHC is a Delaware limited liability company engaged in the business of making loans to lawyers, particularly those paid on a contingency-fee basis in personal injury, mass tort, and class action lawsuits.

2. BHC's loans require quarterly payments of interest, generally invoiced on a quarterly basis. Each loan is documented by a Master Loan and Security Agreement ("**MLSA**"), personal guarantees, and other ancillary documents. A February 22, 2017, MLSA for Loan No. BHC201702231001 provides that GLG, as the borrower, may request "Loan Advances" (which GLG did request on February 22, 2017 in the amount of $2,000,000 at an interest rate of 15%).

3. A December 2018 MLSA for Loan No. BHC201812121002 provided that GLG could request Loan Advances from BHC, which GLG did in fact request. Specifically, GLG

requested that BHC provide a loan advance to satisfy interest and principal due to BHC in the amount of $1,224,651.97, plus an additional advance to GLG in the amount of $1,000,000.

4.     As a general matter, BHC makes loans and does not offer attorney fee deferral services. Relevant to this matter, attorney fee deferrals are offered by an Irish entity, Kenmare Assignment Company Limited ("**Kenmare**"). Yet another entity, Brook-Hollow Financial, LLC ("**BHF**"), acted as a sales agent for Kenmare. GLG entered into a single attorney fee deferral with Kenmare. GLG entered into the above-described loans with BHC (which were guaranteed by Garcia). GLG and Garcia misstate the facts to this Court when they inform the Court that "GLG invested $2,293,455.64 with BHC's alter ego, BHF." GLG entered into a "Non-Qualified Assignment and Release" with Kenmare, and BHF is not a party to any agreement or contract with GLG or Garcia.

5.     GLG and Garcia defaulted on the 2018 loan on May 1, 2019. GLG and Garcia defaulted on the 2017 loan on March 1, 2020. Following GLG's and Garcia's defaults, BHC repeatedly pressed GLG and Garcia for payment under the loans. BHC's efforts continued into 2024. In November 2024, I informed GLG and Garcia that BHC would file suit if they did not cure their loan defaults and sent them a copy of a draft complaint BHC intended to file.

6.     BHC was never served with the Petition in Interpleader and Declaratory Judgment Action filed by Webster, Vicknair, MacLeod filed in the Hidalgo County Court.

7.     BHC was not served with GLG's crossclaim in the state court proceedings until January 30, 2025.

8.     Upon filing of the Amended Interpleader Petition on January 22, 2025, GLG *and* Garcia (for the first time) filed an Amended Counterclaim and Crossclaim (the "FAC"). The lone

claims asserted against BHC were for fraudulent misrepresentation and declaratory judgment. BHC was not served with a copy of the FAC until January 30, 2025.

I declare under penalty of perjury that everything I stated in this document is true and correct. Executed this 4th day of August, 2025, in Cincinnati, Ohio, by

_/s/ Tate Johnson_
Tate Johnson

Respectfully submitted,

**SPENCER FANE LLP**

Dated: August 4, 2025

/s/ *Joseph A. Garnett*
JOSEPH A. GARNETT
TX Bar No. 07680600
Seong J. Hong
TX Bar No. 24134914
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859
E-mail: jgarnett@spencerfane.com
E-mail: shong@spencerfane.com

*Attorneys for Interpleading Defendant Brook-Hollow Financial, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served either by e-service, e-mail, facsimile or certified mail return receipt requested to all counsel of record on this 4th day of August, 2025.

/s/ *Joseph A. Garnett*
JOSEPH A. GARNETT