August 22, 2025

**VIA E-FILE**

Honorable Randy Crane
United States District Court for the Southern
District of Texas, McAllen Division
1701 West Bus. Hwy. 83
McAllen, TX 78501

Re:   Jorge Garcia, et al. V. Maria L. Garcia, et al.
      Court File No. 7:25-cv-00296 (S.D. Tex.)

Dear Judge Crane:

We represent Brook Hollow Capital, LLC ("BHC") in the above-captioned matter. Under this Court's Order for Conference and Disclosure of Interested Parties (the "Order"), the parties are requested to prepared and file a Rule 26(f) Discovery Plan on or before August 23, 2025, ten days prior to the September 3, 2025 Conference.

As you are aware, there is a Motion to Remand filed by Maria L. Garcia and Garcia Law Group pending before this Court which will determine whether this matter will proceed in this venue. If this Court Rules in favor of Ms. Garcia and Garcia Law Group, this matter will be remanded back to state court, rendering the parties' Rule 26(f) Discovery Plan null and void. In the interest of conserving both this Court's and the parties' resources, BHC requests leave from the Order's requirement to file a Rule 26(f) discovery prior to the upcoming hearing pending the decision on the Motion to Remand.

If the Court will not grant the relief requested herein, the parties will comply with their obligation under the Order in due course.

Very truly yours,


/s/ Matthew R. Burton

**Matthew R. Burton**
Attorney At Law
P: 612-877-5399   F: 612-877-5066
Matt.Burton@lawmoss.com

cc:   All counsel of record (via E-File)