IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| JORGE GARCIA, Individually and on behalf of the Estate of ABRAHAM GARCIA, deceased; LUIS ROGELIO PUENTE MARTELL, Individually and on behalf of the Estate of LUIS ROGELIO PUENTE VILLELA, deceased; OLIVIA MIRIAM VILLELA ORTIZ, Individually; DANIELLA BARAJAS, Individually and on behalf of the Estate of AURELIANO BARJAS; and ANTONIA BARAJAS, Individually, <br><br> *Plaintiffs*, <br><br>v. <br><br>JEANETTA IZELA GARCIA FASSION, Individually and as personal representative of the Estate of AURELIANO BARAJAS, deceased; and as next friend of AURELIANO BARAJAS GARCIA, a minor, individually; and ANDRES BARAJAS GARCIA, a minor, individually, <br><br> *Intervenors,* <br><br>v. <br><br>LYCOMING ENGINES, a division of AVCO CORPORATION, and AVCO CORPORATION; TEXTRON AVIATION, INC.; CESSNA AIRCRAFT COMPANY; MCCREERY AVIATION COMPANY INC.; AVIATION MANUFACTURING COMPAN,Y INC.; AND INTERSTATE SOUTHWEST LTD., <br><br> *Defendants*, <br>and | COURT FILE NO. 7:25-cv-00296 <br><br><br><br><br>**INTERPLEADING DEFENDANT BROOK-HOLLOW CAPITAL, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

WEBSTER VICKNAIR MACLEOD,

    *Interpleading Plaintiff*,

and

THE GARCIA LAW GROUP PLLC and
MARIA GARCIA,

    *Interpleading Defendants and Cross Plaintiffs*,

and

BROOK-HOLLOW CAPITAL, LLC and
BROOK-HOLLOW FINANCIAL, LLC,

    *Interpleading Defendants*.

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Brook-Hollow Capital, LLC and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Brook-Hollow Capital, LLC ("BHC")
   BHC's Counsel, Moss & Barnett, P.A.

2. Garcia Law Group, PLLC ("GLG")
   GLG's Counsel, Martinez Reilly, PLLC

3. Maria L. Garcia
   Ms. Garcia's Counsel, Martinez Reilly, PLLC

Respectfully submitted,

**SPENCER FANE LLP**

Dated: August 22, 2025

*/s/ Joseph A. Garnett*
JOSEPH A. GARNETT
TX Bar No. 07680600

> Please note: this designation must include all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended disclosure report with the clerk of court.

>Seong J. Hong
>TX Bar No. 24134914
>3040 Post Oak Boulevard, Suite 1400
>Houston, Texas 77056
>Telephone: (713) 552-1234
>Facsimile:  (713) 963-0859
>E-mail: jgarnett@spencerfane.com
>E-mail: shong@spencerfane.com
>
>*Attorneys for Interpleading Defendant Brook-Hollow Financial, LLC*

### Certificate of Service

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served either by e-service, e-mail, facsimile or certified mail return receipt requested to all counsel of record on this 22nd day of August, 2025.

>*/s/ **Joseph A. Garnett**_____*
>JOSEPH A. GARNETT