United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JORGE GARCIA, *et al.*, § § Plaintiffs, § § VS. § MARIA L GARCIA, *et al.*, § § Defendants. § | CIVIL ACTION NO. 7:25-CV-00296 |

## MINUTE ENTRY

Upon consideration of Brook Hollow Capital, LLC's ("BHC") letter requesting leave from the requirement to file the Joint Discovery/Case Management Plan ("Plan") (Dkt. No. 10), the Court hereby advises that the parties are required to file the Plan regardless of the pendency of The Garcia Law Group, PLLC and Maria L. Garcia's Motion to Remand.

SO ORDERED August 27, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge