Case 7:25-cv-00296   Document 14   Filed on 09/02/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE GARCIA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-296 |
| | § | |
| MARIA L GARCIA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE

The Initial Pretrial Conference (previously set for September 3, 2025) is hereby reset for October 7, 2025, at 9:30 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED September 2, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge