United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE GARCIA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-00296 |
| | § | |
| MARIA L GARCIA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

As removing Defendant Brook-Hollow Financial, LLC (BHF) was nonsuited in state court as its removal was being processed, and no live dispute existed between Plaintiffs The Garcia Law Group (GLG) and Maria L. Garcia (Garcia) and BHF, whether in state or federal court, at the time the Notice of Removal was filed here, the Court hereby **ORDERS** that Plaintiffs' Motion to Remand is moot and this action is **DISMISSED**.

SO ORDERED September 2, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge